1

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

3

4

5

6

7

8

**Raymond and Raymond**
**Attorneys at Law**
**7 Glenwood Avenue, 4ᵀᴴ Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711;**
**Email: bankruptcy123@comcast.net**
**Herbert B. Raymond #HR-1379**
**Jeffrey M. Raymond**
**Kevin de Lyon**
**Attorneys for the Debtor(s)**

**Order Filed on March 26, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

9

10

In Re:

DEFLOS SAMBUCETTI, DEBTOR(S)

Case No. 17-14961 (MBK)

11

Adv. No.:

12

Hearing Date:

13

Judge: MICHAEL KAPLAN

14

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

15

        The relief set forth on the following pages two (2) through two (2),  is
hereby **ORDERED**.

16

17

18

19

20

21

22

23

**DATED: March 26, 2019**

24

Honorable Michael B. Kaplan
United States Bankruptcy Judge

25

26

27

28

Page 2

Debtor: Delfos Sambucetti, Debtor(s)

Case no.: 17-14961 (MBK)

Caption of order: Order Granting Supplemental Counsel Fees

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,000.00** for services rendered and expenses in the amount **$0.00**  for a total of **$1,000.00**.  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

***The debtor's monthly plan payment is modified to require payments as follows:***

**$275 per month for twenty-four (24) months**

**$282 per month thirty-six (36) months starting April 2019**


***These payments are to be made by the Debtor to the Chapter 13 Trustee, Marie-Ann Greenberg, Esq.***

_____   outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.