UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond**
**Attorneys at Law**
**7 Glenwood Avenue, 4ᵀᴴ Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711;**
**Email: bankruptcy123@comcast.net**
**Herbert B. Raymond #HR-1379**
**Jeffrey M. Raymond**
**Kevin de Lyon**
**Attorneys for the Debtor(s)**

Order Filed on March 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DEFLOS SAMBUCETTI, DEBTOR(S)

Case No. 17-14961 (MBK)

Adv. No.:

Hearing Date:

Judge: MICHAEL KAPLAN

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: March 26, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor: Delfos Sambucetti, Debtor(s)

Case no.: 17-14961 (MBK)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,000.00** for services rendered and expenses in the amount **$0.00**  for a total of **$1,000.00**.  The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

**_The debtor's monthly plan payment is modified to require payments as follows:_**

    **$275 per month for twenty-four (24) months**

    **$282 per month thirty-six (36) months starting April 2019**

**_These payments are to be made by the Debtor to the Chapter 13 Trustee, Marie-Ann Greenberg, Esq._**

    _____   outside the plan.

    This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.



United States Bankruptcy Court
District of New Jersey

In re:  
Delfos R Sambucetti  
    Debtor

Case No. 17-14961-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 26, 2019  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.  
db        +Delfos R Sambucetti,   96 Prusakowski Boulevard,   Parlin, NJ 08859-3162

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
         Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,  
         njbankruptcynotifications@logs.com  
         Herbert B. Raymond    on behalf of Debtor Delfos R Sambucetti bankruptcy123@comcast.net,  
         raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@gmail.com  
         John R. Morton, Jr.    on behalf of Creditor    Hyundai Motor Finance, servicer for Hyundai Lease  
         Titling Trust ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
         Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
         Rebecca Ann Solarz    on behalf of Creditor    Towd Point Master Funding Trust 2018-PM27, U.S. Bank  
         National Association, as Trustee rsolarz@kmllawgroup.com  
         Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                           TOTAL: 10