Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–14961–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Delfos R Sambucetti
   96 Prusakowski Boulevard
   Parlin, NJ 08859

Social Security No.:
   xxx–xx–2019

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:   5/14/19
Time:   02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Benjamin A. Stanziale Jr., Special Counsel

COMMISSION OR FEES
fee: $2,500.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: April 8, 2019
JAN:

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-14961-MBK
Delfos R Sambucetti                                                                     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 4              Date Rcvd: Apr 08, 2019
                              Form ID: 137             Total Noticed: 126

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.
```
db          +Delfos R Sambucetti,    96 Prusakowski Boulevard,    Parlin, NJ 08859-3162
cr          +BANK OF AMERICA, N.A.,    c/o Frenkel, Lambert, Weiss, Weisman & G,    80 Main Street, Suite 460,
              West Orange, NJ 07052-5414
sp          +Benjamin A. Stanziale, Jr.,    29 Northfield Avenue,    Suite 201,    West Orange, NJ 07052-5358
r           +Ranbir Singh,    Weichert Realtors,    1394 Route 9 South,    Old Bridge, NJ 08857-2861
516700122   +ARS,   126 North Meridian Road,    Kalispell, MT 59901-3848
516700116    American Express,    PO Box 1270,    Newark, NJ 07101-1270
516700114   +American Express,    P0 Box 297871,    Fort Lauderdale, FL 33329-7871
516700115    American Express,    PO Box 297812,    Ft. Lauderdale, FL 33329-7812
516700117    American Express,    PO Box 7871,    Fort Lauderdale, FL 33329
516700120   +Ars,   1801 Nw 66th Avenue,    Fort Lauderdale, FL 33313-4571
516700123   +BAC Home Loan,    PO Box 650070,    Dallas, TX 75265-0070
516700124   +BAC Home Loan Servicing,    PO Box 650070,    Dallas, TX 75265-0070
516700130  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of American,    P0 Box 982238,    El Paso, TX 79998)
517077664    BANK OF AMERICA, N.A.,    BANK OF AMERICA, N.A.,    P.O BOX 31785,    TAMPA, FL 33631-3785
517077665   +BANK OF AMERICA, N.A.,    BANK OF AMERICA, N.A.,    P.O BOX 31785,    TAMPA, FL 33631-3785,
              BANK OF AMERICA, N.A.,    BANK OF AMERICA, N.A. 33631-3785
516788179    BANK OF AMERICA, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
516700125   +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
516700129   +Bank of America,    PO Box 9000,    Getzville, NY 14068-9000
516700128   +Bank of America,    PO Box 17645,    Baltimore, MD 21297-1645
516700127   +Bank of America,    100 North Tron Street,    Charlotte, NC 28255-0001
516700149  ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
             (address filed with court: Citicards,    7920 NW 110th Street,    Kansas City, MO 64153)
516700161  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Home Depot,    Processing Center,    Des Moines, IA 50364)
516700141   +Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
516700142    Cardmember Services,    P0 Box 8650,    Wilmington, DE 19899
516902269   +Cavalry Spv I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
516700143   +Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
516700144   +Chase Bank,    PO Box 18223,    Columbus, OH 43218-0223
516700145   +Chase Card,    P0 Box 15298,    Wilmington, DE 19850-5298
516700146   +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
516700147    Citibank,    PO Box 6405,    The Lakes, NV 88901-6405
516700148   +Citicards,    PO Box 6500,    Sioux Falls, SD 57117-6500
516700155 ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
             (address filed with court: Ditech Financial Llc,    332 Minnesota Street Ste 610,
              Saint Paul, MN 55101)
516933616    Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA 98083-0657
516700153   +Ditech,    PO Box 780,    Waterloo, IA 50704-0780
516700154   +Ditech,    PO Box 8172,    Rapid City, SD 57709-8172
516700157   +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516919764    Emergency Physician Associate North Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
516700158   +Emergency Physicians Assoc. of N. Jersey,    P0 Box 740021,    Cincinnati, OH 45274-0021
516700160  ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit,    PO Box 55000,    Detroit, MI 48255)
516700159   +Ford Motor Credit,    PO Box 31111,    Tampa, FL 33631-3111
516700162   +Hyndai Motor Finance,    10550 Talbert Avenue,    Fountain Valley, CA 92708-6032
516700164   +Hyndai Motor Finance,    PO Box 7247 - 0332,    Philadelphia, PA 19170-0001
516700173   +Lord & Taylor,    P0 Box 30253,    Salt Lake City, UT 84130-0253
516700174   +Lord and Taylor,    PO Box 22060,    Tempe, AZ 85285-2060
516700177   +Macy's,    9111 Duke Blvd.,    Mason, OH 45040-8999
516700176    Macy's,    P.O. Box 4564,    Carol Stream, IL 60197-4564
516700179    Macy's,    PO Box 4563,    Carol Stream, IL 60197-4563
516700178    Macy's,    PO Box 4580,    Carol Stream, IL 60197-4580
516700185   +PNC,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
516700184   +PNC,    PO Box 747066,    Pittsburgh, PA 15274-7066
516700191   +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
516700187   +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
516700188   +PNC Bank,    P0 Box 747024,    Pittsburgh, PA 15274-7024
516700186    PNC Bank,    Deposit Recovery Unit,    330 Gaither Street,    Louisville, KY 40202
516700189    PNC Bank,    Attn: Consumer Assistance Team,    PO Box 1326,    Pittsburgh, PA 15230
516700190   +PNC Bank,    Attn: Customer Service,    PO Box 609,    Pittsburgh, PA 15230-0609
516700193    PNC-Bankcard Services,    PO Box 15137,    Wilmington, DE 19886-5137
516700182   +Pathology Associates,    1216 Collecton Center Drive,    Chicago, IL 60693-0001
516700183   +Pathology Associates of Central Jersey,    P0 Box 824560,    Philadelphia, PA 19182-4560
516700192   +Pnc Bank, N.a.,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
516700194    Raritan Bay Medical Center,    530 New Brunswick Avenue,    Perth Amboy, NJ 08861-3685
516700196   +Raritan Bay Medical Center,    PO Box 11664,    Newark, NJ 07101-4664
516700195   +Raritan Bay Medical Center,    PO Box 48071,    Newark, NJ 07101-4871
```

```
District/off: 0312-3           User: admin              Page 2 of 4                   Date Rcvd: Apr 08, 2019
                               Form ID: 137             Total Noticed: 126


516700201     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,
                50 Barrack Street, 9th Floor,    P0 Box 245,    Trenton, NJ 08646)
518063352     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
518063353     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516700199     +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516700198     +State of New Jersey,    Division of Taxation,    50 Barrack Street, P.O. Box 269,
                Trenton, NJ 08646-0269
516700200     +State of New Jersey,    Division of Revenue,    PO Box 262,    Trenton, NJ 08602-0262
516700215     +T- Mobile,    3407 W. DR martin Luther King JR Blvd,    Tampa, FL 33607-6226
516700223     +The Home Depot,    P0 Box 6497,    Sioux Falls, SD 57117-6497
516700224      The Home Depot,    PO Box 689100,    Des Moines, IA 50368
516700226     +University Radiology Group,    PO Box 371863,    Pittsburgh, PA 15250-7863
516700227      Volvo Commercial Finance, L.L.C.,    PO Box 7247-0236,    Philadelphia, PA 19170-0236
516700228     +Volvo Finance,    P0 Box 542000,    Omaha, NE 68154-8000
516700231     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                Frederick, MD 21701)
516821731      Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                Eagan, MN 55121-7700
516700230     +Wells Fargo Home Loans,    1 Home Campus,    Des Moines, IA 50328-0001
516700232     +Wells Fargo Home Mortgage,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
516700233     +Wells Fargo Home Mortgage,    PO Box 10437,    Des Moines, IA 50306-0437
516700234     +Wells Fargo Home Mortgage, Inc.,    One Home Campus,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2019 00:13:16      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2019 00:13:13      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 09 2019 00:13:50
                Hyundai Motor Finance, servicer for Hyundai Lease,    P.O. Box 20829,
                Fountain Valley, CA 92728-0829
516700118      E-mail/Text: ebn@americollect.com Apr 09 2019 00:13:24      Americollect,   Attn: Bankruptcy,
                P0 Box 1566,    Manitowoc, WI 54221
516700119      E-mail/Text: ebn@americollect.com Apr 09 2019 00:13:24      Americollect Inc,   P0 Box 1566,
                Manitowoc, WI 54221
516700121     +E-mail/Text: legal@arsnational.com Apr 09 2019 00:12:53      ARS,   PO Box 463023,
                Escondido, CA 92046-3023
516949112      E-mail/Text: bankruptcy.bnc@ditech.com Apr 09 2019 00:12:51      Bank of America, N.A.,
                c/o Ditech Financial LLC,    PO Box 6154,    Rapid City, SD 57709-6154
516700133      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 00:10:07       Capital One,
                PO Box 85015,    Richmond, VA 23285-5015
516700136      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 00:10:31       Capital One Bank,
                15000 Capital One Drive,    Richmond, VA 23238
516700134     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 00:10:31       Capital One,
                PO Box 85147,    Richmond, VA 23276-0001
516700132     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 00:10:07       Capital One,
                PO Box 85617,    Richmond, VA 23285-5617
516700131     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 00:10:31       Capital One,
                P0 Box 30253,    Salt Lake City, UT 84130-0253
516700135     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 00:10:06       Capital One,
                1957 Westmoreland Rd.,    Richmond, VA 23276-0001
516700138     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 00:10:08       Capital One Bank,
                PO Box 71083,    Charlotte, NC 28272-1083
516700139      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 00:10:07
                Capital One Bank ( USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516700140     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 00:10:31       Capital One Services,
                PO Box 85617,    Richmond, VA 23285-5617
516700151     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 09 2019 00:12:57       Comenity Bank,
                Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
516700150     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 09 2019 00:12:57       Comenity Bank,
                P0 Box 182789,    Columbus, OH 43218-2789
516700165     +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 09 2019 00:13:50        Hyundai,
                Attn: Recovery,    PO Box 20809,    Fountain Valley, CA 92728-0809
516700166     +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 09 2019 00:13:50
                Hyundai Capital America,    10550 Talbert Avenue,    Fountain Valley, CA 92708-6032
516948326     +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 09 2019 00:13:50
                Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
516700172      E-mail/Text: cio.bncmail@irs.gov Apr 09 2019 00:12:42      Internal Revenue Service,
                ACS Support,    PO Box 219236,    Kansas City, MO 64121
516700175      E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 00:10:04      Lord and Taylor,   PO Box 960035,
                Orlando, FL 32896-0035
```

```
District/off: 0312-3          User: admin              Page 3 of 4                   Date Rcvd: Apr 08, 2019
                              Form ID: 137             Total Noticed: 126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516896678      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 09 2019 00:13:13      MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
516700180      ++E-mail/Text: bnc@nordstrom.com Apr 09 2019 00:12:38      Nordstrom,   13531 E Caley Avenue,
                 Englewood, CO 80111-6505
516934960      ++E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 09 2019 00:13:27      Nordstrom Fsb,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516700181      ++E-mail/Text: bnc@nordstrom.com Apr 09 2019 00:12:38      Nordstrom Visa,   PO Box 78310,
                 Phoenix, AZ 85062-8310
516950086       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2019 00:11:00
                 Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
                 Norfolk VA 23541
516950212       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2019 00:10:32
                 Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
                 Norfolk VA 23541
516700207      +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 00:10:04      Synchrony Bank,   PO Box 530927,
                 Atlanta, GA 30353-0927
516702842      +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 00:10:28      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516700204      +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 00:10:27      Synchrony Bank,   PO Box 960013,
                 Orlando, FL 32896-0013
516700208      +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 00:10:28      Synchrony Bank,   PO Box 965013,
                 Orlando, FL 32896-5013
516700206      +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 00:10:54      Synchrony Bank,   P0 Box 965024,
                 Orlando, FL 32896-5024
516700202      +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 00:10:28      Synchrony Bank,   P0 Box 965005,
                 Orlando, FL 32896-5005
516700203      +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 00:10:27      Synchrony Bank,   Po Box 965015,
                 Orlando, FL 32896-5015
516700213      +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 00:10:04      Synchrony Bnak,   P0 Box 965024,
                 Orlando, FL 32896-5024
516700214      +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 00:10:27      Synchrony Bnak/walmart,
                 P0 Box 965024,   Orlando, FL 32896-5024
516700216       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Apr 09 2019 00:10:01      T-Mobile,
                 PO Box 742596,   Cincinnati, OH 45274
516700217       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Apr 09 2019 00:10:24
                 T-Mobile Bankruptcy Team,   PO Box 53410,   Bellevue, WA 98015
516700219       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Apr 09 2019 00:10:24      T-Mobile Financial,
                 P0 Box 2400,   Young America, MN 55553
516700220       E-mail/Text: bankruptcy@td.com Apr 09 2019 00:13:18      TD Bank,   PO Box 8400,
                 Lewiston, ME 04243
516700222       E-mail/Text: bankruptcy@td.com Apr 09 2019 00:13:18      TD Banknorth,   Operations Center,
                 P0 Box 1377,   Lewiston, ME 04243
516700221       E-mail/Text: bankruptcy@td.com Apr 09 2019 00:13:18      Td Bank N.a.,   32 Chestnut Street,
                 Lewiston, ME 04240
516700229       E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 00:10:04      Walmart,   PO Box 960023,
                 Dayton, FL 32896
                                                                                              TOTAL: 45

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516700137*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank,   15000 Capital One Drive,   Richmond, VA 23238)
516700152*     +Comenity Bank,   Attention: Bankruptcy,   P0 Box 182686,   Columbus, OH 43218-2686
516700156*     ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
                (address filed with court: Ditech Financial Llc,   332 Minnesota Street Ste 610,
                 Saint Paul, MN 55101)
516700163*     +Hyndai Motor Finance,   10550 Talbert Avenue,   Fountain Valley, CA 92708-6032
516700167*     +Hyundai Capital America,   10550 Talbert Avenue,   Fountain Valley, CA 92708-6032
516700169*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,   PO Box 57,   Bensalem, PA 19020)
516700168*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,   Philadelphia, PA 19255-0010)
516700170*     +Internal Revenue Service,   PO Box 309011,   AMC 8228,   Memphis, TN 38130-9011
516700171*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
516700197*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08646-0245)
516700210*     +Synchrony Bank,   PO Box 530927,   Atlanta, GA 30353-0927
516700209*     +Synchrony Bank,   PO Box 960013,   Orlando, FL 32896-0013
516700212*     +Synchrony Bank,   PO Box 960013,   Orlando, FL 32896-0013
516700211*     +Synchrony Bank,   P0 Box 965015,   Orlando, FL 32896-5015
516700205*     +Synchrony Bank,   Po Box 965015,   Orlando, FL 32896-5015
516700218*     ++T MOBILE,   C O AMERICAN INFOSOURCE LP,   4515 N SANTA FE AVE,   OKLAHOMA CITY OK 73118-7901
                (address filed with court: T-Mobile Bankruptcy Team,   PO Box 53410,   Bellevue, WA 98015)
```

```
District/off: 0312-3          User: admin              Page 4 of 4               Date Rcvd: Apr 08, 2019
                              Form ID: 137             Total Noticed: 126

516700126     ##+Bank of America,   Attn: Recovery Department,   PO Box 2278,   Norfolk, VA 23501-2278
516700225     ##+Tsys Total Debt Management , Inc.,   PO Box 6700,   Norcross, GA 30091-6700
                                                                                   TOTALS: 0, * 16, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Herbert B. Raymond    on behalf of Debtor Delfos R Sambucetti bankruptcy123@comcast.net,
               raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@
               gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@
               gmail.com
              Herbert B. Raymond    on behalf of Spec. Counsel Benjamin A. Stanziale, Jr.
               bankruptcy123@comcast.net,
               raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@
               gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@
               gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Hyundai Motor Finance, servicer for Hyundai Lease
                Titling Trust ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Towd Point Master Funding Trust 2018-PM27, U.S. Bank
                National Association, as Trustee rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11
```