UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Herbert B. Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Email: bankruptcy123@comcast.net
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond
Kevin DeLyon
Attorneys for the Debtor(s)

Order Filed on May 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DELFOS R, SAMBUCETTI, DEBTOR(S)

Case No.: 17-14961 MBK

Adv. No.:

Hearing Date:

Judge: MICHAEL B. KAPLAN

REVISED ORDER GRANTING ALLOWANCES

    The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: May 17, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Delfos R. Sambucetti, Debtor(s)
Case no.: 17-14961 MBK
Caption of order: Revised Order Granting Allowances
_____

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANT | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Benjamin A. Stanziale, Jr., Esq. Real Estate Counsel to the Debtor | $2,500.00 | 0.00 |

The fee shall be paid at closing, not through the Chapter 13 Plan.