|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| Herbert B. Raymond, Esq.<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>Telephone: (973) 675-5622<br>Telefax (408) 519-6711<br>Email: bankruptcy123@comcast.net<br>Herbert B. Raymond #HR-1379;<br>Jeffrey M. Raymond<br>Kevin DeLyon<br>Attorneys for the Debtor(s) | **Order Filed on May 17, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>DELFOS R, SAMBUCETTI, DEBTOR(S) | Case No.: 17-14961 MBK<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: MICHAEL B. KAPLAN |

REVISED ORDER GRANTING ALLOWANCES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: May 17, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Delfos R. Sambucetti, Debtor(s)
Case no.: 17-14961 MBK
Caption of order: Revised Order Granting Allowances

---

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANT | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Benjamin A. Stanziale, Jr., Esq. Real Estate Counsel to the Debtor | $2,500.00 | 0.00 |

The fee shall be paid at closing, not through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Delfos R Sambucetti  
    Debtor

Case No. 17-14961-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 22, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2019.  
db          +Delfos R Sambucetti,   96 Prusakowski Boulevard,    Parlin, NJ 08859-3162

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2019 at the address(es) listed below:  
         Albert     Russo    docs@russotrustee.com  
         Albert     Russo    on behalf of Trustee Albert     Russo docs@russotrustee.com  
         Andrew L. Spivack    on behalf of Creditor     BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
         Charles G. Wohlrab    on behalf of Creditor     WELLS FARGO BANK, N.A. cwohlrab@logs.com,  
          njbankruptcynotifications@logs.com  
         Herbert B. Raymond    on behalf of Spec. Counsel Benjamin A. Stanziale, Jr.  
          herbertraymond@gmail.com,  
          raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@gmail.com;raymondlaw5622@gmail.com  
         Herbert B. Raymond    on behalf of Debtor Delfos R Sambucetti herbertraymond@gmail.com,  
          raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@gmail.com;raymondlaw5622@gmail.com  
         John R. Morton, Jr.    on behalf of Creditor     Hyundai Motor Finance, servicer for Hyundai Lease Titling Trust ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
         Nicholas V. Rogers    on behalf of Creditor     BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
         Rebecca Ann Solarz    on behalf of Creditor     Towd Point Master Funding Trust 2018-PM27, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com  
         Sean M. O'Brien    on behalf of Creditor     BANK OF AMERICA, N.A. DMcDonough@flwlaw.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                    TOTAL: 11