**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Delfos R Sambucetti<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2019<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–14961–MBK | |

# Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Delfos R Sambucetti

10/2/19

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-14961-MBK
Delfos R Sambucetti                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 4              Date Rcvd: Oct 02, 2019
                               Form ID: 3180W           Total Noticed: 127

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2019.
```
db             +Delfos R Sambucetti,    2140 Medical District Drive,    Apt. 1040,    Dallas, TX 75235-8081
cr             +BANK OF AMERICA, N.A.,    c/o Frenkel, Lambert, Weiss, Weisman & G,    80 Main Street, Suite 460,
                 West Orange, NJ 07052-5414
sp             +Benjamin A. Stanziale, Jr.,    29 Northfield Avenue,    Suite 201,    West Orange, NJ 07052-5358
r              +Ranbir Singh,    Weichert Realtors,    1394 Route 9 South,    Old Bridge, NJ 08857-2861
516700122      +ARS,   126 North Meridian Road,    Kalispell, MT 59901-3848
516700120      +Ars,   1801 Nw 66th Avenue,    Fort Lauderdale, FL 33313-4571
516700125      +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
516700161     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot,    Processing Center,    Des Moines, IA 50364)
516902269      +Cavalry Spv I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
516700144      +Chase Bank,    PO Box 18223,    Columbus, OH 43218-0223
516700155    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                (address filed with court: Ditech Financial Llc,    332 Minnesota Street Ste 610,
                 Saint Paul, MN 55101)
516700153      +Ditech,    PO Box 780,    Waterloo, IA 50704-0780
516700154      +Ditech,    PO Box 8172,    Rapid City, SD 57709-8172
516919764       Emergency Physician Associate North America, PC,    PO Box 1123,    Minneapolis MN 55440-1123
516700158      +Emergency Physicians Assoc. of N. Jersey,    P0 Box 740021,    Cincinnati, OH 45274-0021
516700162      +Hyndai Motor Finance,    10550 Talbert Avenue,    Fountain Valley, CA 92708-6032
516700164      +Hyndai Motor Finance,    PO Box 7247 - 0332,    Philadelphia, PA 19170-0001
516700173      +Lord & Taylor,    P0 Box 30253,    Salt Lake City, UT 84130-0253
516700174      +Lord and Taylor,    PO Box 22060,    Tempe, AZ 85285-2060
516700185      +PNC,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
516700184      +PNC,   PO Box 747066,    Pittsburgh, PA 15274-7066
516700191      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
516700187      +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
516700188      +PNC Bank,    P0 Box 747024,    Pittsburgh, PA 15274-7024
516700186       PNC Bank,    Deposit Recovery Unit,    330 Gaither Street,    Louisville, KY 40202
516700189       PNC Bank,    Attn: Consumer Assistance Team,    PO Box 1326,    Pittsburgh, PA 15230
516700190      +PNC Bank,    Attn: Customer Service,    PO Box 609,    Pittsburgh, PA 15230-0609
516700193       PNC-Bankcard Services,    PO Box 15137,    Wilmington, DE 19886-5137
516700182      +Pathology Associates,    1216 Collecton Center Drive,    Chicago, IL 60693-0001
516700183      +Pathology Associates of Central Jersey,    P0 Box 824560,    Philadelphia, PA 19182-4560
516700192      +Pnc Bank, N.a.,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
516700194       Raritan Bay Medical Center,    530 New Brunswick Avenue,    Perth Amboy, NJ 08861-3685
516700196      +Raritan Bay Medical Center,    PO Box 11664,    Newark, NJ 07101-4664
516700195      +Raritan Bay Medical Center,    PO Box 48071,    Newark, NJ 07101-4871
516700201     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,
                 50 Barrack Street, 9th Floor,    P0 Box 245,    Trenton, NJ 08646)
518063352      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518063353      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516700199      +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516700200      +State of New Jersey,    Division of Revenue,    PO Box 262,    Trenton, NJ 08602-0262
516700198      +State of New Jersey,    Division of Taxation,    50 Barrack Street, P.O. Box 269,
                 Trenton, NJ 08646-0269
516700215      +T- Mobile,    3407 W. DR martin Luther King JR Blvd,    Tampa, FL 33607-6226
516700224       The Home Depot,    PO Box 689100,    Des Moines, IA 50368
516700226      +University Radiology Group,    PO Box 371863,    Pittsburgh, PA 15250-7863
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 03 2019 00:29:25      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2019 00:29:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: HY11.COM Oct 03 2019 03:43:00      Hyundai Motor Finance, servicer for Hyundai Lease,
                 P.O. Box 20829,    Fountain Valley, CA 92728-0829
516700118       E-mail/Text: ebn@americollect.com Oct 03 2019 00:29:34      Americollect,    Attn: Bankruptcy,
                 P0 Box 1566,    Manitowoc, WI 54221
516700119       E-mail/Text: ebn@americollect.com Oct 03 2019 00:29:34      Americollect Inc,    P0 Box 1566,
                 Manitowoc, WI 54221
516700121      +EDI: ARSN.COM Oct 03 2019 03:43:00      ARS,    PO Box 463023,    Escondido, CA 92046-3023
516700114      +EDI: AMEREXPR.COM Oct 03 2019 03:43:00      American Express,    P0 Box 297871,
                 Fort Lauderdale, FL 33329-7871
516700115       EDI: AMEREXPR.COM Oct 03 2019 03:43:00      American Express,    PO Box 297812,
                 Ft. Lauderdale, FL 33329-7812
516700117       EDI: AMEREXPR.COM Oct 03 2019 03:43:00      American Express,    PO Box 7871,
                 Fort Lauderdale, FL 33329
```

```
District/off: 0312-3          User: admin              Page 2 of 4              Date Rcvd: Oct 02, 2019
                              Form ID: 3180W           Total Noticed: 127


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516700116          EDI: AMEREXPR.COM Oct 03 2019 03:43:00      American Express,    PO Box 1270,
                   Newark, NJ 07101-1270
516700123         +EDI: BANKAMER.COM Oct 03 2019 03:43:00      BAC Home Loan,    PO Box 650070,
                   Dallas, TX 75265-0070
516700124         +EDI: BANKAMER.COM Oct 03 2019 03:43:00      BAC Home Loan Servicing,    PO Box 650070,
                   Dallas, TX 75265-0070
516700130          EDI: BANKAMER.COM Oct 03 2019 03:43:00      Bank Of American,    P0 Box 982238,
                   El Paso, TX 79998
516788179          EDI: BANKAMER.COM Oct 03 2019 03:43:00      BANK OF AMERICA, N.A.,    PO Box 31785,
                   Tampa, FL 33631-3785
517077665         +EDI: BANKAMER.COM Oct 03 2019 03:43:00      BANK OF AMERICA, N.A.,    BANK OF AMERICA, N.A.,
                   P.O BOX 31785,    TAMPA, FL 33631-3785,    BANK OF AMERICA, N.A.,
                   BANK OF AMERICA, N.A. 33631-3785
517077664          EDI: BANKAMER.COM Oct 03 2019 03:43:00      BANK OF AMERICA, N.A.,    BANK OF AMERICA, N.A.,
                   P.O BOX 31785,    TAMPA, FL 33631-3785
516700126         +EDI: BANKAMER.COM Oct 03 2019 03:43:00      Bank of America,    Attn: Recovery Department,
                   PO Box 2278,    Norfolk, VA 23501-2278
516700128         +EDI: BANKAMER2.COM Oct 03 2019 03:43:00       Bank of America,    PO Box 17645,
                   Baltimore, MD 21297-1645
516700129         +EDI: BANKAMER2.COM Oct 03 2019 03:43:00       Bank of America,    PO Box 9000,
                   Getzville, NY 14068-9000
516700127         +EDI: BANKAMER2.COM Oct 03 2019 03:43:00       Bank of America,    100 North Tron Street,
                   Charlotte, NC 28255-0001
516949112          E-mail/Text: bankruptcy.bnc@ditech.com Oct 03 2019 00:28:51       Bank of America, N.A.,
                   c/o Ditech Financial LLC,    PO Box 6154,    Rapid City, SD 57709-6154
516700133          EDI: CAPITALONE.COM Oct 03 2019 03:43:00      Capital One,    PO Box 85015,
                   Richmond, VA 23285-5015
516700136          EDI: CAPITALONE.COM Oct 03 2019 03:43:00       Capital One Bank,    15000 Capital One Drive,
                   Richmond, VA 23238
516700149          EDI: CITICORP.COM Oct 03 2019 03:43:00      Citicards,    7920 NW 110th Street,
                   Kansas City, MO 64153
516700134         +EDI: CAPITALONE.COM Oct 03 2019 03:43:00      Capital One,    PO Box 85147,
                   Richmond, VA 23276-0001
516700132         +EDI: CAPITALONE.COM Oct 03 2019 03:43:00      Capital One,    PO Box 85617,
                   Richmond, VA 23285-5617
516700131         +EDI: CAPITALONE.COM Oct 03 2019 03:43:00      Capital One,    P0 Box 30253,
                   Salt Lake City, UT 84130-0253
516700135         +EDI: CAPITALONE.COM Oct 03 2019 03:43:00      Capital One,    1957 Westmoreland Rd.,
                   Richmond, VA 23276-0001
516700138         +EDI: CAPITALONE.COM Oct 03 2019 03:43:00      Capital One Bank,    PO Box 71083,
                   Charlotte, NC 28272-1083
516700139         +EDI: CAPITALONE.COM Oct 03 2019 03:43:00       Capital One Bank ( USA), N.A.,    PO Box 71083,
                   Charlotte, NC 28272-1083
516700140         +EDI: CAPITALONE.COM Oct 03 2019 03:43:00      Capital One Services,    PO Box 85617,
                   Richmond, VA 23285-5617
516700141         +EDI: CHASE.COM Oct 03 2019 03:43:00      Cardmember Services,    PO Box 15153,
                   Wilmington, DE 19886-5153
516700142          EDI: CHASE.COM Oct 03 2019 03:43:00      Cardmember Services,    P0 Box 8650,
                   Wilmington, DE 19899
516700143         +EDI: CHASE.COM Oct 03 2019 03:43:00      Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
516700145         +EDI: CHASE.COM Oct 03 2019 03:43:00      Chase Card,    P0 Box 15298,    Wilmington, DE 19850-5298
516700146         +EDI: CITICORP.COM Oct 03 2019 03:43:00       Citibank,   PO Box 6500,
                   Sioux Falls, SD 57117-6500
516700147          EDI: CITICORP.COM Oct 03 2019 03:43:00      Citibank,    PO Box 6405,    The Lakes, NV 88901-6405
516700148         +EDI: CITICORP.COM Oct 03 2019 03:43:00       Citicards,    PO Box 6500,
                   Sioux Falls, SD 57117-6500
516700151         +EDI: WFNNB.COM Oct 03 2019 03:43:00      Comenity Bank,    Attention: Bankruptcy,    P0 Box 182686,
                   Columbus, OH 43218-2686
516700150         +EDI: WFNNB.COM Oct 03 2019 03:43:00      Comenity Bank,    P0 Box 182789,
                   Columbus, OH 43218-2789
516933616          EDI: Q3G.COM Oct 03 2019 03:43:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                   PO Box 657,    Kirkland, WA 98083-0657
516700157         +EDI: TSYS2.COM Oct 03 2019 03:43:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516700160          EDI: FORD.COM Oct 03 2019 03:43:00      Ford Motor Credit,    P0 Box 55000,    Detroit, MI 48255
516700159         +EDI: FORD.COM Oct 03 2019 03:43:00      Ford Motor Credit,    PO Box 31111,
                   Tampa, FL 33631-3111
516700165         +EDI: HY11.COM Oct 03 2019 03:43:00      Hyundai,    Attn: Recovery,    PO Box 20809,
                   Fountain Valley, CA 92728-0809
516700166         +EDI: HY11.COM Oct 03 2019 03:43:00      Hyundai Capital America,    10550 Talbert Avenue,
                   Fountain Valley, CA 92708-6032
516948326         +EDI: HY11.COM Oct 03 2019 03:43:00      Hyundai Lease Titling Trust,    PO Box 20809,
                   Fountain Valley, CA 92728-0809
516700172          EDI: IRS.COM Oct 03 2019 03:43:00      Internal Revenue Service,    ACS Support,    PO Box 219236,
                   Kansas City, MO 64121
516700175          EDI: RMSC.COM Oct 03 2019 03:43:00      Lord and Taylor,    PO Box 960035,
                   Orlando, FL 32896-0035
516896678         +EDI: MID8.COM Oct 03 2019 03:43:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                   WARREN, MI 48090-2011
```

```
District/off: 0312-3              User: admin              Page 3 of 4              Date Rcvd: Oct 02, 2019
                                  Form ID: 3180W           Total Noticed: 127


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516700179         EDI: TSYS2.COM Oct 03 2019 03:43:00      Macy's,    PO Box 4563,    Carol Stream, IL 60197-4563
516700176         EDI: TSYS2.COM Oct 03 2019 03:43:00      Macy's,    P.O. Box 4564,    Carol Stream, IL 60197-4564
516700178         EDI: TSYS2.COM Oct 03 2019 03:43:00      Macy's,    PO Box 4580,    Carol Stream, IL 60197-4580
516700177        +EDI: TSYS2.COM Oct 03 2019 03:43:00      Macy's,    9111 Duke Blvd.,    Mason, OH 45040-8999
516700180        +E-mail/Text: bnc@nordstrom.com Oct 03 2019 00:28:33      Nordstrom,    13531 E Caley Avenue,
                   Englewood, CO 80111-6505
516934960        +EDI: JEFFERSONCAP.COM Oct 03 2019 03:43:00      Nordstrom Fsb,
                   c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516700181        +E-mail/Text: bnc@nordstrom.com Oct 03 2019 00:28:34      Nordstrom Visa,    PO Box 78310,
                   Phoenix, AZ 85062-8310
516950086         EDI: PRA.COM Oct 03 2019 03:43:00      Portfolio Recovery Associates, LLC,
                   c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516950212         EDI: PRA.COM Oct 03 2019 03:43:00      Portfolio Recovery Associates, LLC,
                   c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
516700207        +EDI: RMSC.COM Oct 03 2019 03:43:00      Synchrony Bank,    PO Box 530927,
                   Atlanta, GA 30353-0927
516702842        +EDI: RMSC.COM Oct 03 2019 03:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                   PO Box 41021,    Norfolk, VA 23541-1021
516700204        +EDI: RMSC.COM Oct 03 2019 03:43:00      Synchrony Bank,    PO Box 960013,
                   Orlando, FL 32896-0013
516700208        +EDI: RMSC.COM Oct 03 2019 03:43:00      Synchrony Bank,    PO Box 965013,
                   Orlando, FL 32896-5013
516700206        +EDI: RMSC.COM Oct 03 2019 03:43:00      Synchrony Bank,    P0 Box 965024,
                   Orlando, FL 32896-5024
516700202        +EDI: RMSC.COM Oct 03 2019 03:43:00      Synchrony Bank,    P0 Box 965005,
                   Orlando, FL 32896-5005
516700203        +EDI: RMSC.COM Oct 03 2019 03:43:00      Synchrony Bank,    Po Box 965015,
                   Orlando, FL 32896-5015
516700213        +EDI: RMSC.COM Oct 03 2019 03:43:00      Synchrony Bnak,    P0 Box 965024,
                   Orlando, FL 32896-5024
516700214        +EDI: RMSC.COM Oct 03 2019 03:43:00      Synchrony Bnak/walmart,    P0 Box 965024,
                   Orlando, FL 32896-5024
516700216         EDI: AISTMBL.COM Oct 03 2019 03:43:00      T-Mobile,    PO Box 742596,    Cincinnati, OH 45274
516700217         EDI: AISTMBL.COM Oct 03 2019 03:43:00      T-Mobile Bankruptcy Team,    PO Box 53410,
                   Bellevue, WA 98015
516700219         EDI: AISTMBL.COM Oct 03 2019 03:43:00      T-Mobile Financial,    P0 Box 2400,
                   Young America, MN 55553
516700220         EDI: TDBANKNORTH.COM Oct 03 2019 03:43:00      TD Bank,    PO Box 8400,    Lewiston, ME 04243
516700222         EDI: TDBANKNORTH.COM Oct 03 2019 03:43:00      TD Banknorth,    Operations Center,    P0 Box 1377,
                   Lewiston, ME 04243
516700221         EDI: TDBANKNORTH.COM Oct 03 2019 03:43:00      Td Bank N.a.,    32 Chestnut Street,
                   Lewiston, ME 04240
516700223        +EDI: CITICORP.COM Oct 03 2019 03:43:00      The Home Depot,    P0 Box 6497,
                   Sioux Falls, SD 57117-6497
516700227         EDI: VLVO.COM Oct 03 2019 03:43:00      Volvo Commercial Finance, L.L.C.,    PO Box 7247-0236,
                   Philadelphia, PA 19170-0236
516700228        +EDI: FORD.COM Oct 03 2019 03:43:00      Volvo Finance,    P0 Box 542000,    Omaha, NE 68154-8000
516700231         EDI: WFFC.COM Oct 03 2019 03:43:00      Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                   Frederick, MD 21701
516700229         EDI: RMSC.COM Oct 03 2019 03:43:00      Walmart,    PO Box 960023,    Dayton, FL 32896
516821731         EDI: WFFC.COM Oct 03 2019 03:43:00      Wells Fargo Bank, N.A.,    Default Document Processing,
                   N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
516700230        +EDI: WFFC.COM Oct 03 2019 03:43:00      Wells Fargo Home Loans,    1 Home Campus,
                   Des Moines, IA 50328-0001
516700233        +EDI: WFFC.COM Oct 03 2019 03:43:00      Wells Fargo Home Mortgage,    PO Box 10437,
                   Des Moines, IA 50306-0437
516700232        +EDI: WFFC.COM Oct 03 2019 03:43:00      Wells Fargo Home Mortgage,    3476 Stateview Blvd.,
                   Fort Mill, SC 29715-7203
516700234        +EDI: WFFC.COM Oct 03 2019 03:43:00      Wells Fargo Home Mortgage, Inc.,    One Home Campus,
                   Des Moines, IA 50328-0001
                                                                                               TOTAL: 84

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516700137*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank,     15000 Capital One Drive,    Richmond, VA 23238)
516700152*       +Comenity Bank,    Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
516700156*     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                 (address filed with court: Ditech Financial Llc,     332 Minnesota Street Ste 610,
                   Saint Paul, MN 55101)
516700163*       +Hyndai Motor Finance,    10550 Talbert Avenue,    Fountain Valley, CA 92708-6032
516700167*       +Hyundai Capital America,    10550 Talbert Avenue,    Fountain Valley, CA 92708-6032
516700169*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,     PO Box 57,    Bensalem, PA 19020)
516700168*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,     Philadelphia, PA 19255-0010)
516700170*       +Internal Revenue Service,    PO Box 309011,    AMC 8228,    Memphis, TN 38130-9011
```

```
District/off: 0312-3          User: admin              Page 4 of 4              Date Rcvd: Oct 02, 2019
                              Form ID: 3180W           Total Noticed: 127


             ***** BYPASSED RECIPIENTS (continued) *****
516700171*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516700197*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                PO Box 245,    Trenton, NJ 08646-0245)
516700210*     +Synchrony Bank,    PO Box 530927,    Atlanta, GA 30353-0927
516700209*     +Synchrony Bank,    PO Box 960013,    Orlando, FL 32896-0013
516700212*     +Synchrony Bank,    PO Box 960013,    Orlando, FL 32896-0013
516700211*     +Synchrony Bank,    P0 Box 965015,    Orlando, FL 32896-5015
516700205*     +Synchrony Bank,    Po Box 965015,    Orlando, FL 32896-5015
516700218*    ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
              (address filed with court:  T-Mobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015)
516700225     ##+Tsys Total Debt Management , Inc.,    PO Box 6700,    Norcross, GA 30091-6700
                                                                                             TOTALS: 0, * 16, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Herbert B. Raymond    on behalf of Debtor Delfos R Sambucetti herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          Herbert B. Raymond    on behalf of Spec. Counsel Benjamin A. Stanziale, Jr.
           herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Hyundai Motor Finance, servicer for Hyundai Lease
           Titling Trust ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Towd Point Master Funding Trust 2018-PM27, U.S. Bank
           National Association, as Trustee rsolarz@kmllawgroup.com
          Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```